IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANDRE P LOUIS,

    Plaintiff,

v.                                                          CASE NO. 1:15-cv-00084-MP-GRJ

TOYOTA FINANCIAL SERVICES,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 3, 2015. (Doc. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 17. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. The Court agrees with the Magistrate Judge that (1) Toyota is not a state actor or someone acting under color of state law, as required under § 1983; (2) plaintiff did not allege the state of the incorporation of the defendant for jurisdictional purposes; and (3) the statute of limitations for the TILA claim passed over 4 years ago. Nothing in the objections resolves these problems. It is hereby

    **ORDERED AND ADJUDGED:**

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Second Amended Complaint is dismissed because the Court does not have subject matter jurisdiction over the claims and because Plaintiff has failed to state a cause of action upon which may granted.

**DONE AND ORDERED** this   *20th* day of October, 2015

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge